IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRYAN J. PESTA, | ) CASE NO. 1:23-CV-00546-DAP |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| v. | ) |
| | ) |
| CLEVELAND STATE UNIVERSITY, LAURA BLOOMBERG, HARLAN M. SANDS, BENJAMIN WARD, CHRISTOPHER MALLETT, CONOR McLENNAN, and WENDY REGOECZI, in their individual and official capacities, | ) **MOTION TO EXCUSE ATTENDANCE OF DEFENDANT CHRISTOPHER A. MALLETT AT CASE MANAGEMENT CONFERENCE** |
| | ) |
| Defendants. | ) |

NOW COMES Defendant, Christopher A. Mallett, and hereby moves the Court to excuse his attendance at the Case Management Conference in this matter scheduled for August 16, 2023 at 10:30 am. The reasons for this motion are that Professor Mallet has a necessary and unavoidable commitment to care for a family member at that time.  Importantly, all other individual Defendants, whose interests are aligned with Professor Mallet, will appear at the Case Management Conference in addition to counsel for the Defendants.

WHEREFORE, Defendant Christopher A. Mallet seeks to be excused from attendance at the Case Management Conference.

Respectfully submitted,

*/s/ Karen L. Giffen*
Karen L. Giffen (0042663)
Kerin L. Kaminski (0013522)
Paul J. Neel (0100581)
PEREZ & MORRIS, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
Email: kgiffen@perez-morris.com
kkaminski@perez-morris.com
pneel@perez-morris.com
**Counsel for all Defendants**

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on August 14, 2023. Notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Karen L. Giffen*
Karen L. Giffen (0042663)
**Counsel for all Defendants**