# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BRYAN J. PESTA, | ) CASE NO. 1:23-CV-00546-DAP |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| LAURA BLOOMBERG, in her official and individual capacities; and HARLAN M. SANDS, BENJAMIN WARD, CHRISTOPHER MALLETT, CONOR MCLENNAN, and WENDY REGOECZI, in their individual capacities, | ) **MOTION TO EXCUSE ATTENDANCE OF DEFENDANTS HARLAN SANDS AND CONOR MCLENNAN AT CASE MANAGEMENT CONFERENCE** |
| Defendants. | ) |

Defendants Harlan Sands and Conor McLennan respectfully move the Court to excuse their attendance at the Case Management Conference scheduled for June 24, 2024, at 10:30 am. The reasons for this motion are that Professor Sands has a previously schedule engagement at this time that cannot be missed and Professor McLennan has a previously scheduled vacation on June 24th. All other individual Defendants, whose interests are aligned with those of Professor Sands and Professor McLennan, will appear at the Case Management Conference in addition to counsel for Defendants. Also, counsel for Cleveland State University will be present for the Case Management Conference.

WHEREFORE, Defendants Harlan Sands and Conor McLennan request to be excused from attendance at the Case Management Conference.

Respectfully submitted,

*/s/ Karen L. Giffen*
Karen L. Giffen (0042663)
Kerin Lyn Kaminski (0013522)
Paul J. Neel (0100581)
PEREZ & MORRIS, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Email: kgiffen@perez-morris.com
kkaminski@perez-morris.com
pneel@perez-morris.com
**Counsel for all Defendants**

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on June 14, 2024. Notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Karen L. Giffen*
Karen L. Giffen (0042663)
**Counsel for all Defendants**