**From:** Bryan J Pesta
**To:** John Fuerst
**Subject:** Re: Coordination on dbGaP
**Date:** Wednesday, April 4, 2018 3:49:56 PM

Hi John,

No, but they said they'd use your cell number once they figured out who the contact person is.

Should I follow up tomorrow?

Bryan

P.s. do you ever get over to the west side?

**From:** John Fuerst <j122177@hotmail.com>
**Sent:** Wednesday, April 4, 2018 2:08:39 PM
**To:** Bryan J Pesta
**Subject:** Re: Coordination on dbGaP

Bryan,

Did you ever hear back from them?

**From:** Bryan J Pesta <b.pesta@csuohio.edu>
**Sent:** Tuesday, April 3, 2018 7:29 PM
**To:** John Fuerst
**Subject:** Re: Coordination on dbGaP

Hi again,

I just called them, and they seemed confused. As soon as they figure it out, they will let us know via your cell.

Bryan

**From:** John Fuerst <j122177@hotmail.com>
**Sent:** Tuesday, April 3, 2018 3:19:50 PM
**To:** Bryan J Pesta
**Subject:** Re: Coordination on dbGaP

Hi,

You just have to call and ask for the NIH coordinator  216-687-9364 .

I am waiting for them to call back with the specific contact. However, it might be better for you to call and ask (also) -- since I may run into problem when they ask for affiliation.

**From:** Bryan J Pesta <b.pesta@csuohio.edu>
**Sent:** Tuesday, April 3, 2018 7:11 PM
**To:** John Fuerst
**Subject:** Re: Coordination on dbGaP

Hi John,

Just checking in. I hope you are feeling better.

Any progress on SO identity?

Bryan

**From:** John Fuerst <j122177@hotmail.com>
**Sent:** Tuesday, March 27, 2018 10:30:30 AM
**To:** Bryan J Pesta
**Subject:** Re: Coordination on dbGaP

Bryan,

Sounds like a plan. I will identify the SO.

John

**From:** Bryan J Pesta <b.pesta@csuohio.edu>
**Sent:** Tuesday, March 27, 2018 1:31 PM
**To:** John Fuerst
**Subject:** Re: Coordination on dbGaP

John,

This week is crazy, but I'm going to move on this next week, and perhaps we can get lunch one day then? In the mean time, if you wanted to call to get contact information for the SO at my school, that's fine (or I can do it next week).

Bryan

DEFENDANT'S EXHIBIT 35

**From:** John Fuerst <j122177@hotmail.com>
**Sent:** Thursday, March 22, 2018 6:54:55 PM
**To:** Bryan J Pesta
**Subject:** Re: Coordination on dbGaP

Hi Bryan,

Unfortunately, I will be in town for a bit, since I have to wait for some new appointments. (I can not stand the weather here.) My plan now is to go back to Raleigh by the summer. So at least until early June, unless something changes.

Yes, that is the next step. Call the Office of Research and ask: http://www.csuohio.edu/research/research phone # is 216-687-9364 (Or if you would like, I will.) CSU has seminars on NIH proposal writing, so their must be a designated person.

Let me know if you have any questions.

John

---

**From:** Bryan J Pesta <b.pesta@csuohio.edu>
**Sent:** Thursday, March 22, 2018 7:35 PM
**To:** John Fuerst
**Subject:** Re: Coordination on dbGaP

Hi again, John,

Sorry for the delay in getting back to you.

How much longer will you be in town?

Also, is my next step to determine who at my university is the signatory for the NIH? Or, should I be doing something else?

Thanks!

Bryan

---

**From:** John Fuerst <j122177@hotmail.com>
**Sent:** Thursday, March 15, 2018 3:58:39 PM
**To:** Bryan J Pesta
**Subject:** Re: Coordination on dbGaP

Hi,

I am free most of the week, except Monday.

---

**From:** Bryan J Pesta <b.pesta@csuohio.edu>
**Sent:** Thursday, March 15, 2018 7:51 PM
**To:** John Fuerst
**Subject:** Re: Coordination on dbGaP

Hi John,

I'll do it. I guess the next step is figuring out who the signatory is at my university?

What's your schedule looking like next week?

Bryan

---

**From:** John Fuerst <j122177@hotmail.com>
Sent: Sunday, March 11, 2018 6:27:00 PM
To: Bryan J Pesta
Subject: Re: Coordination on dbGaP

Bryan,

There are a couple of data bases that do not require an IRB.

Ideally (which is still up):

https://www.ncbi.nlm.nih.gov/projects/gap/cgi-bin/study.cgi?study_id=phs000607.v1.p1

Neurodevelopmental Genomics: Trajectories of Complex ...
www.ncbi.nlm.nih.gov

This study is a collaboration between the Center for Applied Genomics (CAG) at Children's Hospital of Philadelphia (CHOP) and the Brain Behavior Laboratory at the ...

But also, to name one:

https://www.ncbi.nlm.nih.gov/projects/gap/cgi-bin/study.cgi?study_id=phs000209.v2.p1

You would not need to do the analyses (unless you wish to). Though, it would be a good idea for you to know what is being done, of course.

A straight out global admixture analysis would run like one of the scores of global ancestry x medical outcome/SES analyses we reviewed or the global ancestry x cognitive ability one we previously conducted. The aim is to replicate previous results using a much larger sample.

https://www.researchgate.net/profile/John_Fuerst3/publication/319793837_Genomic_ancestry_cognitive_ability_and_socioeconomic_status/links/59bc95600f7e9b48a28e289a/Genomic-ancestry-cognitive-ability-and-socioeconomic-status.pdf

https://www.biorxiv.org/content/biorxiv/early/2017/03/27/055681.full.pdf

This involves:

1. Computing individual global ancestry percentages
2. Looking at the covariance between global ancestry and outcomes

As a straightforward example, read: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4432030/ [https://www.ncbi.nlm.nih.gov/corehtml/pmc/pmcgifs/pmc-logo-share.png]<https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4432030/>

Relationship of Pain and Ancestry in African American Women<https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4432030/>
www.ncbi.nlm.nih.gov
Results. In the unadjusted model of the 5 specific types of pain measures, greater pain perception was associated with a higher proportion of African ancestry.

In addition there are multiple other possible analyses. For example, as noted, the relation between brain size, sex, and IQ controlling for population structure, which would work something like this: https://www.nature.com/articles/nn.3983 <https://www.nature.com/articles/nn.3983>

This would just involves adding and switching covariates. Regardless, we want to start by replicating the ancestry x IQ findings.

Hope that helps.

John

_____

From: Bryan J Pesta <b.pesta@csuohio.edu>
Sent: Sunday, March 11, 2018 9:13 PM
To: John Fuerst
Subject: Re: Coordination on dbGaP

John,

Still trying to figure this all out, but I note that the link to the specific study is broken, and a search seems to show that they took it offline?

Can you confirm (or, if I'm mistaken, send me the link)?

Also, I mentioned I am not a geneticist. Can you link me to one or two good primer articles that might get me up to speed on how this study might run?

Thanks!

Bryan

_____

From: John Fuerst <j122177@hotmail.com>
Sent: Sunday, March 11, 2018 5:26:11 AM
To: Bryan J Pesta
Subject: Re: Coordination on dbGaP

Hi Bryan,

Thanks for the email.

Yes, I am still working with the Clinic. Might try UH. Hopefully I will be back in Raleigh by spring/summer. It is a complicated condition.

(If you want to try Sushi let me know.)

If you could apply, I would appreciate it. That would really help. We are simultaneously working with David Becker for him and Rindermann to gain access; and also with an another group through Woodley. This process, though, has been dragging on for months -- with no end in sight -- as apparently, no one in Germany has tried this before.

In the meantime, we would like the data to analyze. How about this proposal: when you get access, Emil and I will look at it and work out the code for an analysis & variables etc i.e., data exploration & cleaning. You won't even need to send files; as we can just remote access your computer -- or one I could put together for this purpose.

If you are willing to publish on the topic e.g., the sex difference proposal with hidden ancestry analysis or a straight out ancestry analysis  you will publish with Rindermann & Becker -- and perhaps Emil -- that is, only people who have approved access. (Emil's situation is tricky as while he can get access through his company he has to be covert about where he works, as shit will hit the fan when reporters put two and two together regarding the company's purpose.)

In any case, any published paper will only be authored by collaborators who have official access.

I don't see any reason we need to deviate from the rules. Let me know what you think. We can adjust the plan accordingly.

Sincerely,

John

---

From: Bryan J Pesta <b.pesta@csuohio.edu>
Sent: Sunday, March 11, 2018 4:39 AM
To: John Fuerst
Subject: Re: Coordination on dbGaP

John,

You still in town?

I'll do this, but what worries me is that it says all collaborators must also apply?

Bryan

---

From: Bryan J Pesta
Sent: Friday, March 2, 2018 10:07:44 AM
To: John Fuerst
Subject: Re: Coordination on dbGaP

Hi John,

It was nice meeting you as well!

I will check this all out, but give me at least a few days. Please send me a reminder in about a week if you haven't heard back from me about this.

Have you decided on how long you will be in town?

Please note my preferred email address: bpesta22@cs.com

Thanks!

Bryan

---

From: John Fuerst <j122177@hotmail.com>

Sent: Friday, March 2, 2018 3:27:28 AM
To: Bryan J Pesta
Subject: Coordination on dbGaP

Hello Bryan,

Nice meeting with you. We can try some place other than a Pho restaurant next time.

I wanted to follow up about acquiring genomics datasets through dbgap. The video below describes how to apply for controlled access data.
https://www.youtube.com/watch?annotation_id=annotation_2856830007&feature=iv&src_vid=ekFlMgLFZDE&v=m0xp_cCO7kA

[https://i.ytimg.com/vi/m0xp_cCO7kA/maxresdefault.jpg]<https://www.youtube.com/watch?annotation_id=annotation_2856830007&feature=iv&src_vid=ekFlMgLFZDE&v=m0xp_cCO7kA>

dbGaP: Apply for Controlled Access Data<https://www.youtube.com/watch?annotation_id=annotation_2856830007&feature=iv&src_vid=ekFlMgLFZDE&v=m0xp_cCO7kA>
www.youtube.com
This video reviews the steps to request access to controlled data in dbGaP. It contains a minor update -- a new screen capture of the dbGaP homepage, which r...

It should only take a couple of weeks to process the application.

We wished to start with Trajectories of Complex Phenotypes since it does not require IRB approval and since the sample characteristics are ideal:
<https://www.ncbi.nlm.nih.gov/projects/gap/cgi-bin/study.cgi?study_id=phs000209.v13.p3>

<https://www.ncbi.nlm.nih.gov/projects/gap/cgi-bin/study.cgi?study_id=phs000209.v13.p3>https://www.ncbi.nlm.nih.gov/projects/gap/cgi-bin/study.cgi?study_id=phs000607.v2.p2

To apply for dbGap access a proposal is not needed. For Trajectories one might be. I attached a proposal – nominally to test for sex differences in relation to brain differences in which a control for population structure would be included  – above. This would represent a genuinely interesting replication study & a sneaky way to request and possibly present the ancestry x cognitive outcome data.

If you have any questions, you can reach me at 919-395-0565 or by email.

Nice chatting with you.

Sincerely,

John