



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**December 31, 2021**
**page 1 of 2**

█████8747

31          T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyBank Basic Business Checking**   █████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 11-30-21 | $5,568.40 |
| 1 Addition | +136.06 |
| 1 Subtraction | -44.28 |
| Net fees and charges | -5.00 |
| **Ending balance 12-31-21** | **$5,655.18** |

### Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 12-22 | | Mobile Check Deposit | $136.06 |
| | | | **Total additions** | **$136.06** |

### Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 12-24 | | Proquestebs 734 800-521-0600  MI  USA | $44.28 |
| | | | **Total subtractions** | **$44.28** |

### Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 12-10-21 | Nov Cashflow Lite User(s) | 1 | 5.00 | -$5.00 |
| | **Fees and charges  assessed this period** | | | **-$5.00** |

█████8747 - 00101
3908



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including  current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❻** Enter ending balance shown on your statement.

$ 

**❼** Add 5 and 6 and enter total here.

$ 

**❽** Enter total from 4.

$ 

**❾** Subtract 8 from 7 and enter difference here.

$ 

This amount should agree with your check register balance.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**November 30, 2021**
**page 1 of 2**

█████8747

31　　　T　23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyBank Basic Business Checking**　█████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 10-31-21 | $8,850.69 |
| 7 Subtractions | -3,202.29 |
| Net fees and charges | -80.00 |
| **Ending balance 11-30-21** | **$5,568.40** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 11-5 | 379304 | Internat Wire Wd Silverline Medic 7286 | $275.00 |
| 11-5 | 379257 | Wire Withdrawal  Payward Ventures 4309 | 2,000.00 |
| 11-9 | | POS　　Mac Target T- 1407　　　University OH | 21.59 |
| 11-18 | | Uber  Trip　8005928996　CA  USA | 45.40 |
| 11-18 | | Uber  Trip　8005928996　CA  USA | 40.59 |
| 11-22 | | POS　　Exa Best Buy #271　　Mayfield H OH | 755.99 |
| 11-29 | | Amzn Mktp US*Tf Amzn.Com/Bill WA  USA | 63.72 |
| | | **Total subtractions** | **$3,202.29** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 11-5-21 | Outgoing International Wire Fee | 1 | 45.00 | -$45.00 |
| 11-5-21 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 11-8-21 | Oct Cashflow Lite User(s) | 1 | 5.00 | -5.00 |
| | **Fees and charges  assessed this period** | | | **-$80.00** |



**page 2 of 2**

## CUSTOMER  ACCOUNT  DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶  Verify and check off in your check register each deposit, check or other transaction shown on this statement.

> **Enter into your check register and SUBTRACT:**
> - Checks or other deductions shown on our statement that you have *not* already entered.
> - The "Service charges", if any, shown on your statement.

> **Enter into your check register and ADD:**
> - Deposits or other credits shown on your statement that you have *not* already entered.
> - The "Interest earned" shown on your statement, if any.

❹  **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➔** | $ |

❺  **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➔** | $ |

❻  **Enter ending balance shown on your statement.**

$

❼  **Add 5 and 6 and enter total here.**

$

❽  **Enter total from 4.**

$

❾  **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**October 31, 2021**
**page 1 of 3**

████8747

31          T     23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

KeyBank Basic Business Checking      ████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 9-30-21 | $17,518.47 |
| 3 Additions | +3,512.12 |
| 3 Subtractions | -12,094.90 |
| Net fees and charges | -85.00 |
| **Ending balance 10-31-21** | **$8,850.69** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 10-21 | | Mdpi Ag       Basel       Che Che | $1,492.35 |
| | 10-21 | | Reverse Foreign Transaction Fee | 44.77 |
| | 10-25 | 213325 | Wire Deposit    Ulster Institute 9321 | 1,975.00 |
| | | | **Total additions** | **$3,512.12** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 10-4 | | Estore Onthehub 613-526-3005  DE  USA | $94.90 |
| | 10-4 | 998712 | Wire Withdrawal  Prolific Academi 6139 | 10,000.00 |
| | 10-19 | 161664 | Wire Withdrawal  Payward Ventures 4309 | 2,000.00 |
| | | | **Total subtractions** | **$12,094.90** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 10-4-21 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 10-8-21 | Sep Cashflow Lite User(s) | 1 | 5.00 | -5.00 |

████8747 - 00101
1220



**Business Banking Statement**
**October 31, 2021**
**page 2 of 3**

■■■■■8747

**Fees and charges**

*(con't)*

| Date | | Quantity | Unit Charge | |
|------|--|----------|-------------|--|
| 10-19-21 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 10-25-21 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| | **Fees and charges  assessed this period** | | | **-$85.00** |





**page 3 of 3**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8747 - 00101

1220

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | | **TOTAL ➔** $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| **TOTAL ➔** | $ |
|---|---|







KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**September 30, 2021**
**page 1 of 3**

◼◼◼◼8747

31          T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyNotes**

*Change in Terms: Small Business Debit Card and Electronic Funds Transfer Services Agreement and Disclosures*
.
*At KeyBank, we want to be sure that you are aware of any changes to your Small Business Debit Card and Electronic Funds Transfer Services Agreement and Disclosures.*
.
*As of November 1, 2021, our Agreement for Small Business Debit Card and Electronic Funds Transfer Services has been updated and this Account will no longer receive provisional credit for a disputed transaction(s). However, you will not be responsible for unauthorized transactions when you safeguard your Card from risk of loss or theft and promptly report any loss or theft once discovered.*
.
*Please retain this information with your Account opening Agreement and Disclosure documents.*

---

**KeyBank Basic Business Checking** ◼◼◼◼8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 8-31-21 | $10,275.45 |
| 1 Addition | +20,000.00 |
| 16 Subtractions | -12,686.98 |
| Net fees and charges | -70.00 |
| **Ending balance 9-30-21** | **$17,518.47** |

---

**Additions**

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 9-20 | | Mobile Check Deposit | $20,000.00 |
| | | | **Total additions** | **$20,000.00** |

◼◼◼8747 - 00101
4596



**Business Banking Statement**
**September 30, 2021**
**page 2 of 3**

8747

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 9-1 | | ATM     Mac Banco Santander     Portomarin | $181.79 |
| | 9-1 | | Foreign Transaction Fee | 5.45 |
| | 9-7 | | ATM     Mac Banco Santander     Arzua | 182.37 |
| | 9-7 | | Foreign Transaction Fee | 5.47 |
| | 9-7 | | ATM    Mac B B V A          Santiago D | 192.42 |
| | 9-7 | | Foreign Transaction Fee | 5.77 |
| | 9-8 | | ATM    Mac B B V A          Santiago D | 130.72 |
| | 9-8 | | Foreign Transaction Fee | 3.92 |
| | 9-13 | | Uber  *Trip   Help.Uber.Com Nld Nld | 20.53 |
| | 9-13 | | Foreign Transaction Fee | 0.61 |
| | 9-13 | | Uber  *Trip   Help.Uber.Com Nld Nld | 16.44 |
| | 9-13 | | Foreign Transaction Fee | 0.49 |
| | 9-16 | 776654 | Internat Wire Wd Emil Kirkegaard  1207 | 5,000.00 |
| | 9-17 | | Mdpi Ag        Basel        Che Che | 1,501.95 |
| | 9-17 | | Foreign Transaction Fee | 45.05 |
| | 9-24 | | Wegman Hesler & 216-642-3342  OH  USA | 5,394.00 |
| | | | **Total subtractions** | **$12,686.98** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 9-9-21 | Aug Cashflow Lite User(s) | 1 | 5.00 | -$5.00 |
| 9-16-21 | Outgoing International Wire Fee | 1 | 45.00 | -45.00 |
| 9-30-21 | International ATM Withdrawal Fee | 4 | 5.00 | -20.00 |
| | **Fees and charges  assessed this period** | | | **-$70.00** |





**page 3 of 3**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➜** | $ |

**❺** **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➜** | $ |

**❻** **Enter ending balance shown on your statement.**

$ |  |

**❼** **Add 5 and 6 and enter total here.**

$ |  |

**❽** **Enter total from 4.**

$ |  |

**❾** **Subtract 8 from 7 and enter difference here.**

$ |  |

This amount should agree with your check register balance.

8747 - 00101
4596







KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**August 31, 2021**
**page 1 of 3**

████8747

31           T   23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyNotes**

*Change in Terms: Small Business Debit Card and Electronic Funds Transfer Services Agreement and Disclosures*
.
*At KeyBank, we want to be sure that you are aware of any changes to your Small Business Debit Card and Electronic Funds Transfer Services Agreement and Disclosures.*
.
*As of November 1, 2021, our Agreement for Small Business Debit Card and Electronic Funds Transfer Services has been updated and this Account will no longer receive provisional credit for a disputed transaction(s). However, you will not be responsible for unauthorized transactions when you safeguard your Card from risk of loss or theft and promptly report any loss or theft once discovered.*
.
*Please retain this information with your Account opening Agreement and Disclosure documents.*

---

**KeyBank Basic Business Checking**      ████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 7-31-21 | $9,341.38 |
| 1 Addition | +1,985.62 |
| 29 Subtractions | -1,021.55 |
| Net fees and charges | -30.00 |
| **Ending balance 8-31-21** | **$10,275.45** |

**Additions**

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 8-26 | | Mobile Check Deposit | $1,985.62 |
| | | | **Total additions** | **$1,985.62** |

████8747 - 00101
2149



**Business Banking Statement**
**August 31, 2021**
**page 2 of 3**

8747

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 8-6 | | Uber  Trip    8005928996    CA  USA | $47.27 |
| | 8-6 | | Uber  Trip    8005928996    CA  USA | 33.25 |
| | 8-10 | | Uber  Trip    8005928996    CA  USA | 42.18 |
| | 8-10 | | Uber  Trip    8005928996    CA  USA | 33.52 |
| | 8-11 | | Sangria Y Tapas Westlake      OH  USA | 84.69 |
| | 8-16 | | Uber  *Trip   Help.Uber.Com Nld Nld | 7.08 |
| | 8-16 | | Foreign Transaction Fee | 0.21 |
| | 8-16 | | Uber  *Trip   Help.Uber.Com Nld Nld | 5.90 |
| | 8-16 | | Foreign Transaction Fee | 0.17 |
| | 8-16 | | Uber  *Trip   Help.Uber.Com Nld Nld | 7.86 |
| | 8-16 | | Foreign Transaction Fee | 0.23 |
| | 8-16 | | Uber *Trip Help Amsterdam     Nld Nld | 18.61 |
| | 8-16 | | Foreign Transaction Fee | 0.55 |
| | 8-17 | | Uber  *Trip   Help.Uber.Com Nld Nld | 2.36 |
| | 8-17 | | Foreign Transaction Fee | 0.07 |
| | 8-17 | | Uber  *Trip   Help.Uber.Com Nld Nld | 28.44 |
| | 8-17 | | Foreign Transaction Fee | 0.85 |
| | 8-17 | | Uber  *Trip   Help.Uber.Com Nld Nld | 5.90 |
| | 8-17 | | Foreign Transaction Fee | 0.17 |
| | 8-17 | | Uber  *Trip   Help.Uber.Com Nld Nld | 20.33 |
| | 8-17 | | Foreign Transaction Fee | 0.60 |
| | 8-19 | | ATM     Mac Av.Hispanidad      Madrid | 204.08 |
| | 8-19 | | Foreign Transaction Fee | 6.12 |
| | 8-23 | | ATM     Mac Banco Santander     Astorga | 179.28 |
| | 8-23 | | Foreign Transaction Fee | 5.37 |
| | 8-23 | | ATM     Mac Banco Santander     Astorga | 93.91 |
| | 8-23 | | Foreign Transaction Fee | 2.81 |
| | 8-27 | | ATM     Mac Banco Santander     Villafranc | 184.22 |
| | 8-27 | | Foreign Transaction Fee | 5.52 |
| | | | **Total subtractions** | **$1,021.55** |

## Fees and charges

| | Date | | Quantity | Unit Charge | |
|---|---|---|---|---|---|
| | 8-9-21 | Jul Cashflow Lite User(s) | 1 | 5.00 | -$5.00 |
| | 8-31-21 | International ATM Withdrawal Fee | 4 | 5.00 | -20.00 |
| | 8-31-21 | International ATM Inquiry Fee | 1 | 5.00 | -5.00 |
| | | **Fees and charges  assessed this period** | | | **-$30.00** |





## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including  current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8747 - 00101
2149

**page 3 of 3**

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on your statement.

**Enter into your check register and SUBTRACT:**

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➔** | $ |

❺ **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➔** | $ |

❻ **Enter ending balance shown on your statement.**

$ |

❼ **Add 5 and 6 and enter total here.**

$ |

❽ **Enter total from 4.**

$ |

❾ **Subtract 8 from 7 and enter difference here.**

$ |

This amount should agree with your check register balance.







KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**July 31, 2021**
**page 1 of 3**

18747

31       T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Basic Business Checking** 8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 6-30-21 | $25,299.62 |
| 1 Addition | +1,147.00 |
| 6 Subtractions | -17,070.24 |
| Net fees and charges | -35.00 |
| **Ending balance 7-31-21** | **$9,341.38** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 7-28 | | Wegman Hesler & 216-642-3342 OH USA | $1,147.00 |
| | | | **Total additions** | **$1,147.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 7-1 | | Sangria Y Tapas Westlake     OH USA | $127.49 |
| | 7-2 | 960831 | Wire Withdrawal Payward Ventures 4309 | 15,500.00 |
| | 7-9 | | Paypal *Ljlaske    7733   CA USA | 51.75 |
| | 7-20 | | Cpp*Internation 210-818-9657 TX USA | 100.00 |
| | 7-20 | | Cpp*Internation 210-818-9657 TX USA | 144.00 |
| | 7-27 | | Wegman Hesler & 216-642-3342 OH USA | 1,147.00 |
| | | | **Total subtractions** | **$17,070.24** |

## Fees and charges

| | Date | | Quantity | Unit Charge | |
|---|---|---|---:|---:|---:|
| | 7-2-21 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |

8747 - 00101
2387



**Business Banking Statement**
**July 31, 2021**
**page 2 of 3**

█████ 8747

**Fees and charges**
*(con't)*

| Date | | Quantity | Unit Charge | |
|------|--|----------|-------------|--|
| 7-9-21 | Jun Cashflow Lite User(s) | 1 | 5.00 | -5.00 |
| | **Fees and charges  assessed this period** | | | **-$35.00** |





## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:
Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8747 - 00101
2387

---

**page 3 of 3**

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|







KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**June 30, 2021**
**page 1 of 3**

8747

31          T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### KeyNotes

At KeyBank, we want to be sure that you are aware of any changes to your
deposit account agreement and disclosures.
.
Our Real Time Payments (RTP) Deposit Agreement has been updated to state that
all receiving accounts for RTP must be located in the United States. If you
receive an RTP transaction on behalf of someone else, they must be a resident
of or have an account that resides in the United States.
.
For consumer accounts, if you have questions, you can visit your local branch
or call us at 1-800-KEY@YOU®.
.
For business accounts, if you have questions, you can speak to your
Relationship Manager or call us at 800-821-2829.
.
For clients using a TDD/TTY device, please call 1-800-539-8336.

---

**KeyBank Basic Business Checking**          8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 5-31-21 | $26,522.44 |
| 13 Subtractions | -1,222.82 |
| **Ending balance 6-30-21** | **$25,299.62** |

### Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 6-3 | | Paypal *Ehrmanf   7733   NC  USA | $2.99 |
| | 6-8 | | Paypal *Jamesbe   7733   CA  USA | 270.00 |
| | 6-15 | | Paypal *Pifferd   7733   CA  USA | 211.24 |
| | 6-15 | | Uber  Trip    8005928996   CA  USA | 38.80 |
| | 6-15 | | Cabin Club     Westlake     OH  USA | 137.40 |

8747 - 00101
4950



**Business Banking Statement**
**June 30, 2021**
**page 2 of 3**

████8747

## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 6-15 | | Uber  Trip    8005928996   CA  USA | 40.42 |
| | 6-17 | | Uber  Trip    8005928996   CA  USA | 29.42 |
| | 6-17 | | Uber  Trip    8005928996   CA  USA | 25.41 |
| | 6-28 | | Paypal *Pifferd████7733   CA  USA | 293.41 |
| | 6-29 | | Uber  Trip    8005928996   CA  USA | 48.15 |
| | 6-29 | | Uber  Trip    8005928996   CA  USA | 44.42 |
| | 6-30 | | Uber  Trip    8005928996   CA  USA | 44.40 |
| | 6-30 | | Uber *Trip Help 8005928996   CA  USA | 36.76 |
| | | | **Total subtractions** | **$1,222.82** |





**page 3 of 3**

### CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle.  To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|

8747 - 00101
4950







KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**May 31, 2021**
**page 1 of 3**

█████8747

31          T     23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### KeyNotes

*At KeyBank, we want to be sure that you are aware of any changes to your deposit account agreement and disclosures.*
*.*
*Our Real Time Payments (RTP) Deposit Agreement has been updated to state that all receiving accounts for RTP must be located in the United States. If you receive an RTP transaction on behalf of someone else, they must be a resident of or have an account that resides in the United States.*
*.*
*For consumer accounts, if you have questions, you can visit your local branch or call us at 1-800-KEY@YOU®.*
*.*
*For business accounts, if you have questions, you can speak to your Relationship Manager or call us at 800-821-2829.*
*.*
*For clients using a TDD/TTY device, please call 1-800-539-8336.*

---

**KeyBank Basic Business Checking** █████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 4-30-21 | $31,957.77 |
| 1 Addition | +6,000.00 |
| 11 Subtractions | -11,375.33 |
| Net fees and charges | -60.00 |
| **Ending balance 5-31-21** | **$26,522.44** |

### Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 5-3 | | Mobile Check Deposit | $6,000.00 |
| | | | **Total additions** | **$6,000.00** |

█████8747 - 00101
2110



**Business Banking Statement**
**May 31, 2021**
**page 2 of 3**

████████8747

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 5-3 | | Cabin Club        Westlake       OH  USA | $165.00 |
| 5-3 | | Lyft   Ride Fri 8558659553     CA  USA | 55.68 |
| 5-3 | | Uber   Trip     8005928996     CA  USA | 31.73 |
| 5-3 | 257616 | Wire Withdrawal  Payward Ventures 4309 | 5,000.00 |
| 5-4 | 286376 | Wire Withdrawal  Davide Piffer    1711 | 5,970.00 |
| 5-10 | | Paypal *Ehrmanf████7733   NC  USA | 2.99 |
| 5-10 | | Uber   Trip     8005928996     CA  USA | 38.89 |
| 5-10 | | Uber   Trip     8005928996     CA  USA | 38.43 |
| 5-17 | | Lyft   Ride Thu 8558659553     CA  USA | 11.74 |
| 5-21 | | Paypal *Sapesw █████7733   CA  USA | 7.95 |
| 5-28 | | Paypal *Helpcou█████7733   CA  USA | 52.92 |
| | | **Total subtractions** | **$11,375.33** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 5-3-21 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 5-4-21 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| | **Fees and charges   assessed this period** | | | **-$60.00** |





## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

> Key Credit Research Department
> P.O. Box 94518
> Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8747 - 00101
2110

---

**page 3 of 3**

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |
| | | | |
| | | ❻ Enter ending balance shown on your statement. | |
| | | $ | |
| | | ❼ Add 5 and 6 and enter total here. | |
| | | $ | |
| | | ❽ Enter total from 4. | |
| | | $ | |
| | | ❾ Subtract 8 from 7 and enter difference here. | |
| | | $ | |
| TOTAL ➔ | $ | This amount should agree with your check register balance. | |





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**April 30, 2021**
**page 1 of 3**



8747

```
    31          T    23 00000 R EM AO
```
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### KeyNotes

*At KeyBank, we want to be sure that you are aware of any changes to your deposit account agreement and disclosures.*
.
*Our Real Time Payments (RTP) Deposit Agreement has been updated to state that all receiving accounts for RTP must be located in the United States. If you receive an RTP transaction on behalf of someone else, they must be a resident of or have an account that resides in the United States.*
.
*For consumer accounts, if you have questions, you can visit your local branch or call us at 1-800-KEY@YOU®.*
.
*For business accounts, if you have questions, you can speak to your Relationship Manager or call us at 800-821-2829.*
.
*For clients using a TDD/TTY device, please call 1-800-539-8336.*

---

**KeyBank Basic Business Checking**    8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 3-31-21 | $31,940.89 |
| 1 Addition | +513.22 |
| 5 Subtractions | -496.34 |
| **Ending balance 4-30-21** | **$31,957.77** |

### Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 4-23 | | Mobile Check Deposit | $513.22 |
| | | | **Total additions** | **$513.22** |

8747 - 00101
2103



**Business Banking Statement**
**April 30, 2021**
**page 2 of 3**

█████8747

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 4-12 | | Newegg Inc    8003901119   CA  USA | $172.79 |
| 4-19 | | Uber  Trip    8005928996   CA  USA | 48.43 |
| 4-19 | | Expresstaxexemp 7048392321    SC  USA | 59.90 |
| 4-19 | | Cabin Club    Westlake    OH  USA | 163.92 |
| 4-19 | | Uber  Trip    8005928996   CA  USA | 51.30 |
| | | **Total subtractions** | **$496.34** |





### CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

• Tell us your name and Account number;
• Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
• Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

• Account Information : Your name and account number.
• Dollar Amount : The dollar amount of the suspected error.
• Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8747 - 00101
2103

**page 3 of 3**

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
• Checks or other deductions shown on our statement that you have *not* already entered.
• The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
• Deposits or other credits shown on your statement that you have *not* already entered.
• The "Interest earned" shown on your statement, if any.

❹ **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➜ | $ |

❺ **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➜ | $ |

❻ **Enter ending balance shown on your statement.**

$

❼ **Add 5 and 6 and enter total here.**

$

❽ **Enter total from 4.**

$

❾ **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.







KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**March 31, 2021**
**page 1 of 3**

█████8747

31        T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### KeyNotes

*At KeyBank, we want to be sure that you are aware of any changes to your deposit account agreement and disclosures.*
.
*Our Real Time Payments (RTP) Deposit Agreement has been updated to state that all receiving accounts for RTP must be located in the United States. If you receive an RTP transaction on behalf of someone else, they must be a resident of or have an account that resides in the United States.*
.
*For consumer accounts, if you have questions, you can visit your local branch or call us at 1-800-KEY@YOU®.*
.
*For business accounts, if you have questions, you can speak to your Relationship Manager or call us at 800-821-2829.*
.
*For clients using a TDD/TTY device, please call 1-800-539-8336.*

---

**KeyBank Basic Business Checking** █████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 2-28-21 | $28,284.94 |
| 3 Additions | +6,038.95 |
| 4 Subtractions | -2,383.00 |
| **Ending balance 3-31-21** | **$31,940.89** |

### Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 3-2 | | Mobile Check Deposit | $538.95 |
| | 3-2 | | Mobile Check Deposit | 5,000.00 |
| | 3-3 | | ACH,Blake Schmidt Ck Popmoney   Blake Schmidt | 500.00 |
| | | | **Total additions** | **$6,038.95** |



**Business Banking Statement**
**March 31, 2021**
**page 2 of 3**

8747

## Subtractions

| Withdrawals | Date | Serial # | Location | | | |
|---|---|---|---|---|---|---|
| | 3-9 | | Aliexpress | San Mateo | CA  USA | $147.22 |
| | 3-9 | | Aliexpress | San Mateo | CA  USA | 929.79 |
| | 3-23 | | Newegg Inc | 8003901119 | CA  USA | 755.99 |
| | 3-24 | | Wise | New York | NY  USA | 550.00 |
| | | | **Total subtractions** | | | **$2,383.00** |





**page 3 of 3**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹ List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➜ | $ |

**❺ List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➜ | $ |

**❻ Enter ending balance shown on your statement.**

$

**❼ Add 5 and 6 and enter total here.**

$

**❽ Enter total from 4.**

$

**❾ Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.

8747 - 00101
4175







KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**February 28, 2021**
**page 1 of 2**

8747

31          T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Basic Business Checking    350231018747**
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 1-31-21 | $28,770.37 |
| 1 Subtraction | -485.43 |
| **Ending balance 2-28-21** | **$28,284.94** |

## Subtractions

| Withdrawals Date | Serial # | Location | | | |
|---|---|---|---|---|---|
| 2-1 | | Clev | Cleveland | OH  USA | $485.43 |
| | | **Total subtractions** | | | **$485.43** |

8747 - 00101
1338



**page 2 of 2**

### CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➔ | $ |
|---|---|





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**January 31, 2021**
**page 1 of 2**

8747

```
    31         T    23 00000 R EM AO
```
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

KeyBank Basic Business Checking          8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 12-31-20 | $7,005.06 |
| 1 Addition | +25,000.00 |
| 8 Subtractions | -3,234.69 |
| **Ending balance 1-31-21** | **$28,770.37** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 1-14 | | Deposit    Branch 0031 Ohio | $25,000.00 |
| | | | **Total additions** | **$25,000.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 1-4 | | Paypal *Pifferd     7733   CA  USA | $792.48 |
| | 1-5 | | Uber  Trip    8005928996   CA  USA | 11.67 |
| | 1-5 | | Uber  Trip    8005928996   CA  USA | 12.48 |
| | 1-7 | | Amzn Mktp DE*Mj Amazon.DE    Lux Lux | 2,225.51 |
| | 1-7 | | Foreign Transaction Fee | 66.76 |
| | 1-7 | | Amzn Mktp DE   Amazon.DE    WA  USA | 41.75 |
| | 1-8 | | Google*Google S Internet    CA  USA | 2.14 |
| | 1-15 | | Shinto Westlake Westlake    OH  USA | 81.90 |
| | | | **Total subtractions** | **$3,234.69** |



**page 2 of 2**

### CUSTOMER  ACCOUNT  DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |
| | | | |
| | | | |
| | | **❻ Enter ending balance shown on your statement.** | |
| | | $ | |
| | | **❼ Add 5 and 6 and enter total here.** | |
| | | $ | |
| | | **❽ Enter total from 4.** | |
| | | $ | |
| | | **❾ Subtract 8 from 7 and enter difference here.** | |
| | | $ | |
| TOTAL ➔ | $ | This amount should agree with your check register balance. | |



 KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**December 31, 2020**
**page 1 of 2**

█████8747

31    T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking     █████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 11-30-20 | $7,459.88 |
| 10 Subtractions | -454.82 |
| **Ending balance 12-31-20** | **$7,005.06** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 12-4 | | Uber  Trip    8005928996    CA  USA | $31.54 |
| 12-4 | | Uber  Trip    8005928996    CA  USA | 10.91 |
| 12-4 | | Uber  Trip    8005928996    CA  USA | 30.18 |
| 12-8 | | Google *Google  650-253-0000  CA  USA | 2.14 |
| 12-18 | | Uber  Trip    8005928996    CA  USA | 39.99 |
| 12-18 | | Wild Mango Rest North Olmsted OH  USA | 123.28 |
| 12-18 | | Uber  Trip    8005928996    CA  USA | 30.13 |
| 12-30 | | Uber  Trip    8005928996    CA  USA | 39.32 |
| 12-30 | | Uber  Trip    8005928996    CA  USA | 36.61 |
| 12-30 | | Wild Mango Rest North Olmsted OH  USA | 110.72 |
| | | **Total subtractions** | **$454.82** |

█████8747 - 00101
3091



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:
Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➜** | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➜** | $ |

**❻** Enter ending balance shown on your statement.

$ |

**❼** Add 5 and 6 and enter total here.

$ |

**❽** Enter total from 4.

$ |

**❾** Subtract 8 from 7 and enter difference here.

$ |

This amount should agree with your check register balance.

8747 - 00101

3091





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**November 30, 2020**
**page 1 of 2**

████████8747

31        T   23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking        ████████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 10-31-20 | $8,426.85 |
| 1 Addition | +647.16 |
| 13 Subtractions | -1,614.13 |
| **Ending balance 11-30-20** | **$7,459.88** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 11-24 | | Mobile Check Deposit | $647.16 |
| | | | **Total additions** | **$647.16** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 11-6 | | Uber  Trip    8005928996    CA  USA | $30.70 |
| | 11-6 | | Uber  Trip    8005928996    CA  USA | 78.52 |
| | 11-6 | | Uber  Trip    8005928996    CA  USA | 80.00 |
| | 11-9 | | Google*Google S Internet    CA  USA | 2.14 |
| | 11-9 | | Newegg Inc    8003901119    CA  USA | 107.99 |
| | 11-12 | | Lenovo      919-2942905  NC  USA | 961.19 |
| | 11-23 | | Uber  Trip    8005928996    CA  USA | 38.29 |
| | 11-23 | | Microsoft*Store Msbill.Info  WA  USA | 106.92 |
| | 11-23 | | Uber  Trip    8005928996    CA  USA | 32.90 |
| | 11-24 | | Bestbuycom80637 888-Bestbuy    MN  USA | 25.90 |
| | 11-24 | | Bestbuycom80637 888-Bestbuy    MN  USA | 118.79 |
| | 11-24 | | Ascomp Software Ascomp.DE    Deu Deu | 29.90 |
| | 11-24 | | Foreign Transaction Fee | 0.89 |
| | | | **Total subtractions** | **$1,614.13** |



page 2 of 2

### CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| **❹** List from your check register any checks or other deductions that are *not* shown on your statement. | | **❺** List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➜ | $ |
| | | | |
| | | **❻** Enter ending balance shown on your statement. | |
| | | $ | |
| | | **❼** Add 5 and 6 and enter total here. | |
| | | $ | |
| | | **❽** Enter total from 4. | |
| | | $ | |
| | | **❾** Subtract 8 from 7 and enter difference here. | |
| | | $ | |
| TOTAL ➜ | $ | This amount should agree with your check register balance. | |





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**October 31, 2020**
**page 1 of 2**

████8747

31      T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking    ████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 9-30-20 | $9,705.90 |
| 8 Subtractions | -1,279.05 |
| **Ending balance 10-31-20** | **$8,426.85** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 10-8 | | Google*Google S Internet     CA  USA | $2.14 |
| 10-13 | | Paypal *Pifferd████7733    CA  USA | 108.33 |
| 10-13 | | Uber  Trip    8005928996   CA  USA | 34.52 |
| 10-13 | | Simply.Com     Skanderborg   Dnk Dnk | 57.02 |
| 10-13 | | Foreign Transaction Fee | 1.71 |
| 10-13 | | Crocker Park Bl Westlake     OH  USA | 81.12 |
| 10-13 | | Uber  Trip    8005928996   CA  USA | 23.33 |
| 10-22 | | Aliexpress     San Mateo    CA  USA | 970.88 |
| | | **Total subtractions** | **$1,279.05** |



page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle.  To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

████ 8747 - 00101

844

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➔** | $ |

❺ **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➔** | $ |

❻ **Enter ending balance shown on your statement.**

$

❼ **Add 5 and 6 and enter total here.**

$

❽ **Enter total from 4.**

$

❾ **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**September 30, 2020**
**page 1 of 2**

8747

31        T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

KeyBank Basic Business Checking          8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 8-31-20 | $12,322.58 |
| 1 Addition | +2.22 |
| 14 Subtractions | -2,618.90 |
| **Ending balance 9-30-20** | **$9,705.90** |

## Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---|
| 9-10 | | Rbt Red Lobster Easysavings   NY  USA | $2.22 |
| | | **Total additions** | **$2.22** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 9-4 | | Uber  Trip    8005928996    CA  USA | $4.73 |
| 9-4 | | Uber  Trip    8005928996    CA  USA | 32.83 |
| 9-8 | | Paypal *Pifferd      7733    CA  USA | 365.57 |
| 9-8 | | Uber  Trip    8005928996    CA  USA | 71.53 |
| 9-8 | | Best Buy     0 Mayfield Heig OH  USA | 313.19 |
| 9-8 | | Red Lobster 632 North Olmsted OH  USA | 55.44 |
| 9-8 | | Google*Google S Internet    CA  USA | 2.14 |
| 9-10 | | Paypal *Survee      7733   CA  USA | 1,222.19 |
| 9-21 | | Paypal *Pifferd      7733   CA  USA | 211.22 |
| 9-21 | | Uber  Trip    8005928996    CA  USA | 77.99 |
| 9-28 | | Paypal *Pifferd      7733   CA  USA | 134.03 |
| 9-28 | | Wholefds Ctr 10 University Ht OH  USA | 59.67 |
| 9-28 | | Uber  Trip    8005928996    CA  USA | 36.51 |
| 9-28 | | Uber  Trip    8005928996    CA  USA | 31.86 |
| | | **Total subtractions** | **$2,618.90** |

8747 - 00101
2831



**page 2 of 2**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8747 - 00101
2831

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

**❶** **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➔** | $ |

**❺** **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➔** | $ |

**❻** **Enter ending balance shown on your statement.**

$

**❼** **Add 5 and 6 and enter total here.**

$

**❽** **Enter total from 4.**

$

**❾** **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**August 31, 2020**
**page 1 of 2**

▇8747

31          T     23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking        ▇8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 7-31-20 | $13,629.07 |
| 1 Addition | +121.41 |
| 4 Subtractions | -1,427.90 |
| **Ending balance 8-31-20** | **$12,322.58** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 8-28 | | Internet Trf Fr DDA 0000356921779522 | 0101 | $121.41 |
| | | | **Total additions** | | **$121.41** |

## Subtractions

| Withdrawals | Date | Serial # | Location | | |
|---|---|---|---|---|---:|
| | 8-6 | | Paypal *Pifferd ▇7733   CA  USA | | $314.12 |
| | 8-28 | | Clev       Cleveland    OH  USA | | 433.98 |
| | 8-31 | | Prolific     Ox4 1Aw,    Lnd Gbr | | 660.00 |
| | 8-31 | | Foreign Transaction Fee | | 19.80 |
| | | | **Total subtractions** | | **$1,427.90** |

▇8747 - 00101
838



**page 2 of 2**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> * KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including  current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| **❹** List from your check register any checks or other deductions that are *not* shown on your statement. | | **❺** List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |
| | | | |
| | | **❻** Enter ending balance shown on your statement. | |
| | | $ | |
| | | **❼** Add 5 and 6 and enter total here. | |
| | | $ | |
| | | **❽** Enter total from 4. | |
| | | $ | |
| | | **❾** Subtract 8 from 7 and enter difference here. | |
| | | $ | |
| TOTAL ➔ | $ | This amount should agree with your check register balance. | |





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**July 31, 2020**
**page 1 of 2**

████ 8747

31      T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

KeyBank Basic Business Checking    ████ 8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 6-30-20 | $14,040.08 |
| 4 Subtractions | -411.01 |
| **Ending balance 7-31-20** | **$13,629.07** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 7-13 | | Morton'S Clevel Cleveland    OH  USA | $279.99 |
| 7-13 | | Uber  Trip    8005928996    CA  USA | 19.97 |
| 7-13 | | Internet Trf To DDA 0000350312029647    0101 | 50.20 |
| 7-14 | | Expresstaxexemp 7048392321    SC  USA | 60.85 |
| | | **Total subtractions** | **$411.01** |



page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> * KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶  Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | **TOTAL ➔** | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| **TOTAL ➔** | $ |
|---|---|

8747 - 00101

954



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885



**Business Banking Statement**
**June 30, 2020**
**page 1 of 2**

8747

31          T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking          8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 5-31-20 | $12,846.35 |
| 1 Addition | +1,563.56 |
| 4 Subtractions | -369.83 |
| **Ending balance 6-30-20** | **$14,040.08** |

## Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---:|
| 6-1 | | Mobile Check Deposit | $1,563.56 |
| | | **Total additions** | **$1,563.56** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---:|
| 6-4 | | Paypal *Pifferd        7733   CA  USA | $159.64 |
| 6-5 | | Uber  Trip    8005928996   CA  USA | 48.21 |
| 6-5 | | Uber  Trip    8005928996   CA  USA | 58.78 |
| 6-29 | | Paypal *Ljlaske      7733   CA  USA | 103.20 |
| | | **Total subtractions** | **$369.83** |

8747 - 00101
2670



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8747 - 00101
2670

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off** in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➔ | $ |
|---|---|





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**May 31, 2020**
**page 1 of 3**

▇8747

31      T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

KeyBank Basic Business Checking     ▇8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 4-30-20 | $11,162.76 |
| 2 Additions | +1,952.05 |
| 5 Subtractions | -228.46 |
| Net fees and charges | -40.00 |
| **Ending balance 5-31-20** | **$12,846.35** |

**Additions**

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 5-4 | 755 | Internat Wire Dp Paul Lyngskjold 3644 | $952.05 |
| | 5-4 | 2131 | Wire Deposit  Bruce Lahn    7778 | 1,000.00 |
| | | | **Total additions** | **$1,952.05** |

**Subtractions**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 5-11 | | Kinguin.Net   Warszawa      Pol | $39.33 |
| | 5-11 | | Foreign Transaction Fee | 1.17 |
| | 5-27 | | Paypal *Pifferd▇7733   CA USA | 108.19 |
| | 5-29 | | Uber  Trip   8005928996  CA USA | 45.89 |
| | 5-29 | | Uber  Trip   8005928996  CA USA | 33.88 |
| | | | **Total subtractions** | **$228.46** |

**Fees and charges**

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 5-4-20 | Incoming International Wire Fee | 1 | 20.00 | -$20.00 |

▇8747 - 00101
223



**Business Banking Statement**
**May 31, 2020**
**page 2 of 3**

████████8747

## Fees and charges
*(con't)*

| Date | | Quantity | Unit Charge | |
|------|--|----------|-------------|--|
| 5-4-20 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| | **Fees and charges  assessed this period** | | | **-$40.00** |

## Account messages

*Coming Soon: Increase to funds available when certain holds are placed on deposits. Federal regulations determine the amounts that banks must make available to you when certain holds are placed on your deposits. These amounts are being adjusted for inflation. Beginning on or before June 20, 2020 our Funds Availability Policy will be updated as follows:*
* *Case-by-case holds: $225 (up from $200) will be available for withdrawal the next business day after the day of your deposit.*
* *Large deposit exception holds: The first $5,525 (up from $5,000) will be available the next business day after the day of your deposit.*
* *New account exception holds: $5,525 (up from $5,000) of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions.*





### CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM  SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including  current transactions) and multiplying by the number of days in the billing cycle.  To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to  a  credit reporting agency, you may contact the credit reporting agency or write to us at:
Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

▆▆▆▆ 8747 - 00101
223

---

**page 3 of 3**

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not*  already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ **List from your check register any checks or other deductions that are *not* shown on your statement.** | | ❺ **List any deposits from your check register that are *not* shown on your statement.** | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |
| | | | |

| ❻ **Enter ending balance shown on your statement.** |
|---|
| $ |

| ❼ **Add 5 and 6 and enter total here.** |
|---|
| $ |

| ❽ **Enter total from 4.** |
|---|
| $ |

| ❾ **Subtract 8 from 7 and enter difference here.** |
|---|
| $ |
| **This amount should agree with your check register balance.** |

| TOTAL ➔ | $ |
|---|---|





 KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**April 30, 2020**
**page 1 of 2**

████8747

31          T     23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking     ████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 3-31-20 | $12,231.92 |
| 1 Addition | +500.00 |
| 4 Subtractions | -1,569.16 |
| **Ending balance 4-30-20** | **$11,162.76** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 4-29 | | Internet Trf Fr DDA 0000350312029647 | 0101 | $500.00 |
| | | | **Total additions** | | **$500.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 4-9 | | Newegg Inc     8003901119   CA  USA | $1,132.92 |
| | 4-17 | | Uber  Trip     8005928996   CA  USA | 36.17 |
| | 4-20 | | Uber  Trip     8005928996   CA  USA | 34.53 |
| | 4-20 | | Paypal *Pifferd████7733   CA  USA | 365.54 |
| | | | **Total subtractions** | **$1,569.16** |

████8747 - 00101
7666



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❺** **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❻** **Enter ending balance shown on your statement.**

$

**❼** **Add 5 and 6 and enter total here.**

$

**❽** **Enter total from 4.**

$

**❾** **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**March 31, 2020**
**page 1 of 2**

████8747

31      T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking      ████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 2-29-20 | $12,599.63 |
| 3 Subtractions | -367.71 |
| **Ending balance 3-31-20** | **$12,231.92** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 3-23 | | Uber  Trip    8005928996   CA  USA | $38.07 |
| 3-23 | | Uber  Trip    8005928996   CA  USA | 28.33 |
| 3-30 | | Newegg Inc    8003901119   CA  USA | 301.31 |
| | | **Total subtractions** | **$367.71** |



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM  SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

8747 - 00101
7948

---

**page 2 of 2**

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

❹ **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➔** | $ |

❺ **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➔** | $ |

❻ **Enter ending balance shown on your statement.**

$

❼ **Add 5 and 6 and enter total here.**

$

❽ **Enter total from 4.**

$

❾ **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**February 29, 2020**
**page 1 of 2**

▬8747

31          T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking     ▬8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 1-31-20 | $12,599.63 |
| **Ending balance 2-29-20** | **$12,599.63** |



**page 2 of 2**

### CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    * KeyBank
    Customer Disputes
    NY-31-17-0128
    17 Corporate Woods Blvd
    Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

#### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

#### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

    8747 - 00101
6172

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

#### INSTRUCTIONS

**❶** **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➔** | $ |

**❺** **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➔** | $ |

**❻** **Enter ending balance shown on your statement.**

$ 

**❼** **Add 5 and 6 and enter total here.**

$ 

**❽** **Enter total from 4.**

$ 

**❾** **Subtract 8 from 7 and enter difference here.**

$ 

This amount should agree with your check register balance.



**KeyBank**



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**January 31, 2020**
**page 1 of 2**

████8747

31        T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

KeyBank Basic Business Checking      ████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 12-31-19 | $15,662.58 |
| 3 Subtractions | -3,032.95 |
| Net fees and charges | -30.00 |
| **Ending balance 1-31-20** | **$12,599.63** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 1-7 | 5368 | Wire Withdrawal Emil Ole William 2165 | $2,000.00 |
| | 1-17 | | Clev      Cleveland   OH  USA | 466.70 |
| | 1-24 | | Paypal *Lovecec████7733  CA  USA | 566.25 |
| | | | **Total subtractions** | **$3,032.95** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 1-7-20 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| | **Fees and charges  assessed this period** | | | **-$30.00** |

████8747 - 00101
6518



**page 2 of 2**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM  SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not*  already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➔** | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➔** | $ |

**❻** Enter ending balance shown on your statement.

$

**❼** Add 5 and 6 and enter total here.

$

**❽** Enter total from 4.

$

**❾** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**December 31, 2019**
**page 1 of 2**

████ 18747

31        T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Basic Business Checking** ████ 8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 11-30-19 | $690.00 |
| 1 Addition | +15,000.00 |
| 2 Subtractions | -27.42 |
| **Ending balance 12-31-19** | **$15,662.58** |

**Additions**

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 12-18 | | Deposit    Branch 0023 Ohio | $15,000.00 |
| | | | **Total additions** | **$15,000.00** |

**Subtractions**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 12-26 | | Unoeuro Danmark Skanderborg   Dnk Dnk | $26.63 |
| | 12-26 | | Foreign Transaction Fee | 0.79 |
| | | | **Total subtractions** | **$27.42** |



**page 2 of 2**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    * KeyBank
    Customer Disputes
    NY-31-17-0128
    17 Corporate Woods Blvd
    Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |
| | | | |
| | | **❻ Enter ending balance shown on your statement.** | |
| | | $ | |
| | | **❼ Add 5 and 6 and enter total here.** | |
| | | $ | |
| | | **❽ Enter total from 4.** | |
| | | $ | |
| | | **❾ Subtract 8 from 7 and enter difference here.** | |
| | | $ | |
| TOTAL ➔ | $ | This amount should agree with your check register balance. | |





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**November 30, 2019**
**page 1 of 2**

█████8747

31      T    23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyBank Basic Business Checking**   █████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 10-31-19 | $2,650.00 |
| 2 Subtractions | -1,885.00 |
| Net fees and charges | -75.00 |
| **Ending balance 11-30-19** | **$690.00** |

## Subtractions

| Withdrawals Date | Serial # | Location | |
|---|---|---|---|
| 11-1 | 7792 | Wire Withdrawal  Emil Ole William 2165 | $1,460.00 |
| 11-25 | 5357 | Internat Wire Wd Shameem Younusku 2521 | 425.00 |
| | | **Total subtractions** | **$1,885.00** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 11-1-19 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 11-25-19 | Outgoing International Wire Fee | 1 | 45.00 | -45.00 |
| | **Fees and charges  assessed this period** | | | **-$75.00** |



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY-31-17-0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):**  Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a  credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL ➜** | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| **TOTAL ➜** | $ |

**❻** Enter ending balance shown on your statement.

$

**❼** Add 5 and 6 and enter total here.

$

**❽** Enter total from 4.

$

**❾** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.



 KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**October 31, 2019**
**page 1 of 2**

█████8747

31        T     23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

KeyBank Basic Business Checking     █████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---|
| Beginning balance 9-30-19 | $3,400.00 |
| 1 Subtraction | -750.00 |
| **Ending balance 10-31-19** | **$2,650.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 10-7 | | Withdrawal Branch 0023 Ohio | $750.00 |
| | | | **Total subtractions** | **$750.00** |



page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    * KeyBank
    Customer Disputes
    NY-31-17-0128
    17 Corporate Woods Blvd
    Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➔ | $ |
|---|---|

8747 - 00101

6519





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**September 30, 2019**
**page 1 of 2**

████8747

31        T      23 00000 R EM AO
HUMAN PHENOME DIVERSITY FOUNDATION
26845 CHAPEL HILL DR
NORTH OLMSTED OH 44070-1817

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Basic Business Checking**    ████8747
HUMAN PHENOME DIVERSITY FOUNDATION

| | |
|---|---:|
| Beginning balance 8-31-19 | $25.00 |
| 2 Additions | +6,445.00 |
| 1 Subtraction | -3,000.00 |
| Net fees and charges | -70.00 |
| **Ending balance 9-30-19** | **$3,400.00** |

**Additions**

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 9-11 | 2839 | Wire Deposit | Ulster Institute 9321 | $4,970.00 |
| | 9-23 | 4207 | Wire Deposit | Ulster Institute 9321 | 1,475.00 |
| | | | **Total additions** | | **$6,445.00** |

**Subtractions**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 9-18 | 11036 | Wire Withdrawal  Emil Kirkegaard  2165 | $3,000.00 |
| | | | **Total subtractions** | **$3,000.00** |

**Fees and charges**

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---:|
| 9-11-19 | Fedwire Service Charge | 1 | 20.00 | -$20.00 |
| 9-18-19 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 9-23-19 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| | **Fees and charges  assessed this period** | | | **-$70.00** |

████8747 - 00101
579



**page 2 of 2**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

  \* KeyBank
  Customer Disputes
  NY-31-17-0128
  17 Corporate Woods Blvd
  Albany, NY 12211

* Tell us your name and Account number;
* Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
* Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

* Account Information : Your name and account number.
* Dollar Amount : The dollar amount of the suspected error.
* Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
* Checks or other deductions shown on our statement that you have *not* already entered.
* The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
* Deposits or other credits shown on your statement that you have *not* already entered.
* The "Interest earned" shown on your statement, if any.

❹ **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

❺ **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➔ | $ |

❻ **Enter ending balance shown on your statement.**
$

❼ **Add 5 and 6 and enter total here.**
$

❽ **Enter total from 4.**
$

❾ **Subtract 8 from 7 and enter difference here.**
$

This amount should agree with your check register balance.