**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BRYAN J. PESTA, | ) | CASE NO. 1:23-CV-00546-DAP |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| CLEVELAND STATE UNIVERSITY | ) | **DEFENDANTS' MOTION FOR** |
| BOARD OF TRUSTEES, in their | ) | **ADDITIONAL TIME TO FILE REPLY** |
| official capacities; LAURA | ) | **BRIEF IN SUPPORT OF MOTION FOR** |
| BLOOMBERG, in her official and | ) | **SUMMARY JUDGMENT** |
| individual capacities; and HARLAN M. | ) | |
| SANDS, BENJAMIN WARD, | ) | |
| CHRISTOPHER MALLETT, CONOR | ) | |
| McLENNAN, and WENDY | ) | |
| REGOECZI, in their individual | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants Laura Bloomberg, Harlan Sands, Benjamin Ward, Christopher Mallett, Conor McLennan, and Wendy Regoeczi ("Defendants") and request up to and including September 25, 2024 to file their Reply Brief in Support of Defendants Motion for Summary Judgment ("Reply Brief"). While Defendants are not certain that there are issues to yet be addressed by the Reply Brief, they seek this additional time because their lead counsel and primary author of all of the summary judgment briefing, Karen Giffen, is currently out of the country and did not anticipate being out of the country when Plaintiff Bryan Pesta's Brief in Opposition to Defendants' Motion for Summary Judgment ("Opposition Brief") was originally due. The additional time is needed so that Counsel for Defendants has sufficient time to return and prepare a Reply Brief to address any new matters raised in the Opposition Brief. Defendants do not seek to delay this court's ruling, only to allow them time to prepare a responsive Reply Brief to any

new matters raised in the Opposition Brief.  For these reasons, Defendants respectfully request that

an extension of time up to and including September 25, 2024, to submit their Reply Brief.

Respectfully submitted,

*/s/ Kerin Kaminski*
Karen L. Giffen (0042663)
Kerin Lyn Kaminski (0013522)
Paul J. Neel (0100581)
PEREZ & MORRIS, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone:     216-621-5161
Email:          kgiffen@perez-morris.com
                   kkaminski@perez-morris.com
                   pneel@perez-morris.com
***Counsel for Defendants Laura Bloomberg, Harlan***
***Sands, Benjamin Ward, Christopher Mallett, Conor***
***McLennan, and Wendy Regoeczi***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 4th day of September 2024, a true and correct copy of this

*Defendants' Motion for Additional Time to File Reply Brief in Support of Motion for Summary*

*Judgment*, was served via Electronic Mail upon the following party:

Fredrick C. Kelly
One Harriman Square
Goshen, New York 10924
fckellylaw@protonmail.com
Counsel for Plaintiff

*/s/ Kerin Kaminski*

Kerin Lyn Kaminski (0013522)
***Counsel for Defendants Laura Bloomberg,
Harlan Sands, Benjamin Ward, Christopher
Mallett, Conor McLennan, and Wendy Regoeczi***
