**IN THE UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BRYAN J. PESTA, ) | CASE NO. 1:23-CV-00546-DAP |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | |
| ) | |
| LAURA BLOOMBERG, in her official ) | **MOTION FOR A BRIEF EXTENSION FOR** |
| and individual capacities; and ) | **REPLY ON PLAINTIFF'S MOTION FOR** |
| HARLAN M. SANDS, BENJAMIN ) | **SUMMARY JUDGMENT.** |
| WARD, CHRISTOPHER MALLETT, ) | |
| CONOR McLENNAN, and WENDY ) | |
| REGOECZI, in their individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Bryan Pesta ("Plaintiff") by and through undersigned counsel, respectfully requests the Court's leave to file his reply by Monday, September 16, 2024.

This request is made with the consent of Defense Counsel.

Plaintiff's reply on summary judgment (DKT. 44) is due today under the Local Rule.

The undersigned is beset by looming deadlines in other matters. It is respectfully submitted that a brief extension through Monday, September 16, 2024 extension will not prejudice anyone, but is necessary for the undersigned to prepare proper papers.

No previous requests for an extension have been made for the reply and this request is not made for the purposes of delay.

Accordingly, Plaintiff respectfully requests that his deadline to file his reply be extended to Monday, September 16, 2024.

       Respectfully submitted,

       */s/ Frederick C Kelly*
       Frederick C. Kelly, Esq.
       One Harriman Square
       Goshen, NY 10924
       Telephone:    845-294-7945
       Email:        fckellylaw@protonmail.com
       **Counsel for Plaintiff**