**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BRYAN J. PESTA, | ) | CASE NO. 1:23-CV-00546-DAP |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| LAURA BLOOMBERG, in her official and individual capacities; and HARLAN M. SANDS, BENJAMIN WARD, CHRISTOPHER MALLETT, CONOR McLENNAN, and WENDY REGOECZI, in their individual capacities. | ) ) ) ) ) ) ) ) | **MOTION TO WITHDRAW AS COUNSEL** |
| | ) | |
| Defendants. | ) | |

Now comes Paul Neel and hereby respectfully moves this Court to withdraw as counsel for Defendants Laura Bloomberg, Harlan Sands, Benjamin Ward, Christopher Mallett, Conor McLennan, and Wendy Regoeczi ("Individual Defendants") due to his departure from Perez & Morris, LLC. Attorneys Karen L. Giffen and Kerin Lyn Kaminski will continue to represent the Individual Defendants in this matter.

                                              Respectfully submitted,

                                              */s/ Paul J. Neel*
                                              Karen L. Giffen (0042663)
                                              Kerin Lyn Kaminski (0013522)
                                              Paul J. Neel (0100581)
                                              PEREZ & MORRIS, LLC
                                              1300 East Ninth Street, Suite 1600
                                              Cleveland, Ohio 44114
                                              Telephone:    216-621-5161
                                              Facsimile:     216-621-2399
                                              Email:          kgiffen@perez-morris.com
                                                                    kkaminski@perez-morris.com
                                                                    pneel@perez-morris.com
                                              ***Counsel for all Defendants***

2

## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2024, the foregoing was served upon all counsel of record by means of the Court's CM/ECF system.

                                                */s/ Paul J. Neel*
                                                Paul J. Neel (0100581)