IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN J. PESTA, | ) | Case No. 1:23-CV-00546 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| LAURA BLOOMBERG, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons stated in the Court's Opinion and Order and pursuant to Fed. R. Civ. P. 58, the Court enters summary judgment in favor of Defendants and against Plaintiff, Bryan Pesta, in the captioned case.

**IT IS SO ORDERED.**

Dated: October 7, 2024

*s/Dan Aaron Polster*
United States District Judge

14