# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRYAN J. PESTA, | ) CASE NO. 1:23-CV-00546-DAP |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| LAURA BLOOMBERG, in her official and individual capacities; and HARLAN M. SANDS, BENJAMIN WARD, CHRISTOPHER MALLETT, CONOR McLENNAN, and WENDY REGOECZI, in their individual capacities, | ) **NOTICE OF APPEAL** |
| Defendants. | ) |

Notice is hereby given that Plaintiff Bryan J. Pesta hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment dated October 7, 2024 and entered in this action on the day of October 7, 2024.

Dated: October 29, 2024    Respectfully submitted,

*/s/ Frederick C Kelly*
Frederick C. Kelly, Esq.
One Harriman Square
Goshen, NY 10924
Telephone:    845-294-7945
Email:    fckellylaw@protonmail.com
***Counsel for Plaintiff***